```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
EMILY GUIROLA,                            :
                                          :      25cv2381(DLC)
                         Plaintiff,       :
             -v-                          :      ORDER
                                          :
TWENTY WEST PARTNERS, INC., et al.,       :
                                          :
                         Defendants.      :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

The plaintiff filed her complaint on March 21, 2025. Service of the original pleading was made on defendants Craig Gyokemic, Anthony Vicidomine, Mabel Diaz, and Kathryn M. Paul between April 4 and April 17. On May 9, the plaintiff filed a first amended complaint ("FAC"). A party may amend its pleading to which a responsive pleading is required once as a matter of course no later than 21 days after serving it. Fed. R. Civ. P. 15(a)(1). "In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2).

The plaintiff's May 9 FAC was filed more than 21 days after service of the original pleading. The plaintiff did not request the court's leave or attach the defendants' written consent to amend the original pleading under Rule 15(a)(2), Fed. R. Civ. P. It is hereby

ORDERED that the plaintiff shall by **May 23, 2025** advise the court whether the defendants provided written consent to the plaintiff's amendment of the original pleading.

Dated:   New York, New York
         May 20, 2025.

                                    _____
                                           DENISE COTE
                                    United States District Judge