```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
EMILY GUIROLA,                           :
                                         :
                          Plaintiff,     :    25cv2381(DLC)
              -v-                        :
                                         :        ORDER
TWENTY WEST PARTNERS, INC., et al.,      :
                                         :
                          Defendants.    :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The plaintiff initiated this action on March 21, 2025. On May 9, the plaintiff filed the First Amended Complaint ("FAC") with the defendants' consent. On June 27, 2025, defendants Twenty West Partners, Inc., Kathryn M. Paul, Mabel Diaz, and Anthony Vicidomine filed a motion to dismiss the FAC pursuant to Rule 12(b)(6), Fed. R. Civ. P. Defendant Craig Yokemick (pled as Craig Gyokemic) also filed a motion to dismiss the FAC pursuant to Rule 12(b)(6), Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that plaintiff shall file any Second Amended Complaint by **July 18, 2025**. It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motions to dismiss by **July 18, 2025**. Defendants' replies, if any, shall be

filed by **August 1, 2025**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for **July 31, 2025** is adjourned <u>sine</u> <u>die</u>.

Dated:   New York, New York
         June 30, 2025

                                          _____
                                                  DENISE COTE
                                United States District Judge