```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
EMILY GUIROLA,                           :
                                         :
                          Plaintiff,     :    25cv2381(DLC)
              -v-                        :
                                         :         ORDER
TWENTY WEST PARTNERS, INC., et al.,      :
                                         :
                          Defendants.    :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On June 27, 2025, defendants Twenty West Partners, Inc., Kathryn M. Paul, Mabel Diaz, and Anthony Vicidomine filed a motion to dismiss the First Amended Complaint ("FAC") pursuant to Rule 12(b)(6), Fed. R. Civ. P.  Defendant Craig Yokemick (pled as Craig Gyokemic) also filed a motion to dismiss the FAC pursuant to Rule 12(b)(6), Fed. R. Civ. P.  On July 18, the plaintiff filed a Second Amended Complaint ("SAC").  Accordingly, it is hereby

ORDERED that the defendants' June 27 motions shall be terminated as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **August 1, 2025**
- Opposition served by **August 15, 2025**
- Reply served by **August 22, 2025**

At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         July 18, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge