```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
EMILY GUIROLA,                           :        25cv2381 (DLC)
                                         :
                        Plaintiff,       :        ORDER
            -v-                          :
                                         :
TWENTY WEST PARTNERS, INC., et al.,      :
                                         :
                        Defendants.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

At a November 13, 2025 conference, trial in this matter was scheduled for July 13, 2026. On April 10, 2026, Adam Sherman filed a motion to withdraw as counsel for plaintiff Emily Guirola. An Order of April 10 granted Sherman's motion to withdraw, extended the remaining deadlines in this matter by 4 weeks, scheduled the trial to begin on August 10, 2026, and required any notice of appearance on behalf of Guirola or Guirola's own Notice of Pro Se Appearance to be filed by April 24. No such notice was filed by April 24.

In a letter of May 8, defendants requested that the Court enter an order dismissing the action for failure to prosecute if Guirola did not file a notice of appearance or notice of pro se appearance by May 11. On May 11, a notice of appearance was filed by an attorney, Raymond Nardo, on behalf of Guirola. On May 12, the plaintiff requested an extension of discovery and

permission to file a Third Amended Complaint.  Accordingly, it is hereby

ORDERED that the parties shall appear for a conference on **May 15, 2026** at **3:30 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York.

Dated:     New York, New York
           May 12, 2026

                                _____
                                DENISE COTE
                                United States District Judge

2