UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
EMILY GUIROLA,                           :
                                         :
                          Plaintiff,     :          25cv2381(DLC)
             -v-                         :
                                         :          ORDER
TWENTY WEST PARTNERS, INC., et al.,      :
                                         :
                          Defendants.    :
                                         :
----------------------------------------X

DENISE COTE, District Judge:

     An Order of this Court dated April 10, 2026 scheduled for trial for August 10, 2026 in the event that the parties do not timely file motions for summary judgment.  Accordingly, the parties are hereby

     NOTIFIED that this case is second on the Court's August 10 trial calendar, after Sound Around, Inc. v. Friedman, et al., 24cv1986.  Should Sound Around not proceed to trial, this action will proceed on August 10.  Should the Sound Around trial proceed on August 10, the trial in this matter will proceed on the first Monday following summations in Sound Around.  The parties may contact Chambers at 212-805-0202 at any time to get an update on the anticipated trial date in this matter.

     SO ORDERED:

Dated:    New York, New York
          June 11, 2026

                                   _____
                                          DENISE COTE
                                   United States District Judge