```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
EMILY GUIROLA,                          :
                                        :
                        Plaintiff,      :        25cv2381 (DLC)
            -v-                         :
                                        :        ORDER
TWENTY WEST PARTNERS, INC., et al.,     :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

An Order of April 10, 2026 noted that all discovery shall be completed by June 26, and required any party intending to bring a motion for summary judgment to submit a letter informing the Court of their intent to do so and proposing a briefing schedule by June 12.  On June 11, the defendants filed such a letter informing the Court of its intent to move for summary judgment on all of the plaintiff's claims and the defendants' counterclaims.  On June 12, the plaintiff also filed a letter notifying the Court of its intent to oppose the defendants' motion for summary judgment and to cross-move for partial summary judgment dismissing one of defendants' three counterclaims.  The plaintiff also opposed the defendants' proposed schedule without proposing one of its own.  It is hereby

ORDERED that the following deadlines shall govern any motion or cross-motion for summary judgment:

- Defendants' motion shall be due **July 17, 2026**

- Plaintiff's opposition and any cross-motion shall be due **August 7, 2026**

- Defendants' reply and any opposition shall be due **August 21, 2026**

- Plaintiff's reply shall be due **September 4, 2026**

Dated:    New York, New York
          June 12, 2026

                                    _____
                                              DENISE COTE
                                    United States District Judge

2