UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
EMILY GUIROLA,                          :          25cv2381(DLC)
                                        :
                         Plaintiff,     :          ORDER
            -v-                         :
                                        :
TWENTY WEST PARTNERS, INC., et al.,     :
                                        :
                         Defendants.    :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

    It having been reported to this Court that the parties have

reached a settlement in principle, it is hereby

    ORDERED that the above-captioned action is discontinued

without costs to any party and without prejudice to restoring

the action to this Court's calendar if the application to

restore the action is made by **July 25, 2026.**  If no such

application is made by that date, today's dismissal of the

action is with prejudice.  See Muze, Inc. v. Digital On Demand,

Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          June 25, 2026

                              _____
                                        DENISE COTE
                              United States District Judge