UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| EMILY GUIROLA, Plaintiff, -v- TWENTY WEST PARTNERS, INC., et al., Defendants. | : | 25cv2381 (DLC) ORDER |

DENISE COTE, District Judge:

On July 21, 2026, the parties in this action executed a settlement agreement ("Agreement") that purports to cover the entire action, including plaintiff Guirola's claims under the Fair Labor Standards Act ("FLSA"). Parties cannot privately settle FLSA claims without the approval of the district court or the Department of Labor. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 200, 206 (2d Cir. 2015); see also Lopez v. Nights of Cabiria, 96 F. Supp. 3d 170, 176 (S.D.N.Y. 2015) ("District courts must evaluate whether a proposed FLSA settlement is 'fair and reasonable' and whether any proposed award of attorneys' fees is reasonable." (citation omitted)). On July 23, the parties submitted a joint letter and supporting exhibits to seek the Court's approval of its Agreement and dismissal of the action with prejudice.

The Court has carefully reviewed the Agreement and the supporting papers. Under the Agreement, defendant Twenty West

Partners is to pay $60,000 to satisfy the claims in this matter. Plaintiff's counsel will receive $20,000, or one-third of the total settlement, and plaintiff Guirola will receive the remainder. The total settlement will be made in eight installments over the next seven months.

This Agreement is reasonable. It was negotiated by experienced counsel at arm's length following discovery. Plaintiff Guirola will receive an award greater than her total calculated wage-and-hour damages. The one-third contingency fee that plaintiff's counsel will receive was previously agreed upon in the retainer agreement and is standard for the industry. Accordingly, it is hereby

ORDERED that the Agreement is approved, and the action is dismissed with prejudice. The Clerk of Court shall close this case.

Dated: New York, New York
July 23, 2026

DENISE COTE
United States District Judge